JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Soham Shah,<br><br>        Plaintiff,<br><br>   v.<br><br>Infosys Technologies Ltd., et al.,<br><br>        Defendant(s).<br>_____ | SACV 09-00984-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   February 24, 2010

                                                            _____<br>
                                                                  James V. Selna<br>
                                                            United States District Judge